IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BAKK, LLC,<br>FIELDS SERVICES, INC.,<br>SERVPRO INDUSTRIES, INC., and<br>ARKANSAS DEPT. OF FINANCE<br>& ADMINISTRATION,<br><br>Defendants. | Case No. 5:17-cv-05144 |

## ORDER AND JUDGMENT

On November 27, 2017, the United States submitted a motion for default judgment against BAKK, LLC. (Doc. 20). Upon consideration, and this Court's finding that good cause exists for the granting of the United States' motion, it is hereby **ORDERED** that the United States' Motion for Default Judgment Against BAKK, LLC, is **GRANTED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that a default judgment shall be entered against BAKK, LLC as follows:

1. Judgment is hereby entered on Count I of the United States' Complaint in favor of the United States and against BAKK, LLC in the amount of $100,750.83, plus statutory interest that has and will continue to accrue from November 27, 2017 regarding BAKK, LLC's federal employment tax liabilities for tax periods ending June 30, 2011, September 30, 2011, December 31, 2011, March 31, 2012, June 30, 2012, September 30, 2012, December 31, 2012, March 31, 2013, June 30, 2013, and September 30, 2013.

2.	Judgment is hereby entered on Count II of the United States' Complaint in favor of the United States and against BAKK, LLC in the amount of $1,900, plus statutory interest that has and will continue to accrue from November 27, 2017 regarding BAKK, LLC's federal unemployment tax liabilities for tax years 2010, 2012, and 2013.

**IT IS SO ORDERED** on this 12th day of December, 2017

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE